| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1:** | Lynne M. Eggleston<br>First Name    Middle Name    Last Name | Social Security number or ITIN: | xxx–xx–6881 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| **Debtor 2:**<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13    12/13/16 |
| Case number: | 16–33754–ABA | Date case converted to chapter: | 7    3/22/17 |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at    www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| **1.** | **Debtor's full name** | Lynne M. Eggleston | |
| **2.** | **All other names used in the last 8 years** | aka Lynne M. Reisenweaver | |
| **3.** | **Address** | 840 Franklinville Road<br>Mullica Hill, NJ 08062 | |
| **4.** | **Debtor's attorney**<br>Name and address | Anthony Landolfi<br>Law Office of Anthony Landolfi, Esq. PC<br>295 Bridgeton Pike<br>P.O. Box 111<br>Mantua, NJ 08051 | Contact phone (856) 468–5900 |
| **5.** | **Bankruptcy trustee**<br>Name and address | Joseph Marchand<br>117–119 West Broad St.<br>PO Box 298<br>Bridgeton, NJ 08302 | Contact phone (856) 451–7600 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 401 Market Street<br>Camden, NJ 08102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 856–361–2300<br><br>Date: 3/29/17 |
| **7.** **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **May 8, 2017 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Bridge View Building, Suite 102, 800 Cooper Street, Camden, NJ 08101** |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/7/17** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
District of New Jersey

In re:                                                                         Case No. 16-33754-ABA
Lynne M. Eggleston                                                             Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1              User: admin                Page 1 of 2              Date Rcvd: Mar 29, 2017
                                  Form ID: 309A              Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2017.
```
db              +Lynne M. Eggleston,    840 Franklinville Road,    Mullica Hill, NJ 08062-4612
516547455       +Amcol Clombia,    PO Box 21625,    Columbia, SC 29221-1625
516547456       +Amerisol,    PO Box 65018,    Baltimore, MD 21264-5018
516547457       +Ball Buckley & Seherr,    Atten: Andrew Selkow, Esq.,    1236 Brace Rd, Ste K,
                 Cherry Hill, NJ 08034-3229
516547461       +Manny Kanos,    307 Lincoln Avenue,    Vineland, NJ 08360-9241
516547462       +Mortgage Electronic Reg. Systms, Inc,    Atten: Ras Citron, LLC,    130 Clinton Rd., 202,
                 Fairfield, NJ 07004-2927
516547463       +Qual Asset Recovery,    7 Foster Avenue,    Gibbsboro, NJ 08026-1191
516547464       +Quest Diagnostics,    PO Box 7306,    Hollister, MO 65673-7306
516680677      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
                  PO Box 245,    Trenton, NJ 08695-0245)
516547465       +South Harrison Twp. Tax Collector,    PO Box 113,    Harrisonville, NJ 08039-0113
516547466       +State of New Jersey,    Dept. of Treasury,    PO Box 302,    Trenton, NJ 08646-0302
516547467       +Thrivent Financial for Lutherans,    PO Box 8062,    Appleton, WI 54912-8062
516547468       +University of Penn New Bolton Center,    Atten: Fein Such Kahn & Shepard,
                 7 Century Dr, Ste 201,    Parsippany, NJ 07054-4609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: anthony@landolfilaw.com Mar 29 2017 23:12:28     Anthony Landolfi,
                 Law Office of Anthony Landolfi, Esq. PC,    295 Bridgeton Pike,    P.O. Box 111,
                 Mantua, NJ 08051
tr              +EDI: QJDMARCHAND.COM Mar 29 2017 22:48:00     Joseph Marchand,    117-119 West Broad St.,
                 PO Box 298,    Bridgeton, NJ 08302-0228
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 29 2017 23:13:42     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 29 2017 23:13:38     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516547459       +EDI: IRS.COM Mar 29 2017 22:48:00     Internal Revenue Service,    PO Box 804527,
                 Cincinnati, OH 45280-4527
516666986        EDI: BL-BECKET.COM Mar 29 2017 22:48:00     Kohl's,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
516547460       +EDI: CBSKOHLS.COM Mar 29 2017 22:48:00     Kohls,    PO Box 3115,    Milwaukee, WI 53201-3115
516654709       +EDI: RMSC.COM Mar 29 2017 22:48:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
516547469       +EDI: VERIZONEAST.COM Mar 29 2017 22:48:00     Verizon,    500 Technology Dr,
                 Saint Charles, MO 63304-2225
516577080       +E-mail/Text: BANKRUPTCY@WAKEMED.ORG Mar 29 2017 23:14:48     WakeMed Health and Hospitals,
                 3000 New Bern Avenue,    Raleigh, NC 27610-1231
516601422        EDI: WFFC.COM Mar 29 2017 22:48:00     Wells Fargo Bank, N.A., d/b/a WFDS,    P.O. Box 19657,
                 Irvine, CA 92623-9657
516547470       +EDI: WFFC.COM Mar 29 2017 22:48:00     Wells Fargo Dealer Services,    PO Box 1697,
                 Winterville, NC 28590-1697
                                                                                              TOTAL: 12
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516547458      ##+Doug Eckhardt,   131 West Adams St,    Absecon, NJ 08205-4595
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                                  Signature:  /s/Joseph Speetjens

```
District/off: 0312-1                  User: admin                    Page 2 of 2                  Date Rcvd: Mar 29, 2017
                                      Form ID: 309A                  Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2017 at the address(es) listed below:
            Anthony   Landolfi    on behalf of Debtor Lynne M. Eggleston anthony@landolfilaw.com,
             kathy@landolfilaw.com
            Denise E. Carlon     on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
             Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
             dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
            Erin   Darden    on behalf of Creditor    UNITED STATES OF AMERICA erin.darden@usdoj.gov
            Heather Lynn   Anderson     on behalf of Creditor    State Of New Jersey Division Of Taxation
             heather.anderson@law.dol.lps.state.nj.us
            Isabel   Balboa     ecfmail@standingtrustee.com
            Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
             summarymail@standingtrustee.com
            Joseph   Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
            U.S. Trustee.     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```