UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on June 6, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Joseph D. Marchand, Esquire, Trustee
117-119 West Broad Street
PO Box 298
Bridgeton, NJ 08302
Attorney for Chapter 7 Trustee
JM5998

In Re:

Lynne Eggleston,

Debtor(s).

Case No. 16-33754/ABA

## CONSENT ORDER

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: June 6, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor(s):   Lynne Eggleston                              (Page 2)
Case No:    16-33754/ABA

---

This matter having come before the Court as a Consent Order executed by the Debtor's Attorney as well as the Attorney for Trustee and Trustee in the above captioned. As the parties having conferred regarding the Schedule C filed by Debtor on December 13, 2016 and wherein the Trustee is requesting an extension of time to file an objection to same and the Court having reviewed the Consent Order and for good cause shown, it is hereby

**ORDERED THAT** the current deadline for the Trustee to file an objection regarding the Schedule C filed on December 13, 2016 is extended until a later agreement between Trustee and Debtor and/or further Order of the Bankruptcy Court.

**IT IS FURTHER ORDERED THAT** this Order shall be effective against any future Amendments to Schedule C filed by petitioner's Attorney.

I hereby consent to the terms and
and conditions stated herein.

_____
Anthony Landolfi, Esquire
Attorney for Debtor

_____
Joseph D. Marchand, Esquire
Chapter 7 Bankruptcy Trustee
and Attorney for Trustee