UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on June 6, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Joseph D. Marchand, Esquire, Trustee
117-119 West Broad Street
PO Box 298
Bridgeton, NJ 08302
Attorney for Chapter 7 Trustee
JM5998

In Re:

Lynne Eggleston,

Debtor(s).

Case No. 16-33754/ABA

## CONSENT ORDER

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: June 6, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor(s):    Lynne Eggleston                                                            (Page 2)
Case No:    16-33754/ABA

This matter having come before the Court as a Consent Order executed by the Debtor's Attorney as well as the Attorney for Trustee and Trustee in the above captioned. As the parties having conferred regarding the Schedule C filed by Debtor on December 13, 2016 and wherein the Trustee is requesting an extension of time to file an objection to same and the Court having reviewed the Consent Order and for good cause shown, it is hereby

**ORDERED THAT** the current deadline for the Trustee to file an objection regarding the Schedule C filed on December 13, 2016 is extended until a later agreement between Trustee and Debtor and/or further Order of the Bankruptcy Court.

**IT IS FURTHER ORDERED THAT** this Order shall be effective against any future Amendments to Schedule C filed by petitioner's Attorney.

I hereby consent to the terms and
and conditions stated herein.

_____
Anthony Landolfi, Esquire
Attorney for Debtor

_____
Joseph D. Marchand, Esquire
Chapter 7 Bankruptcy Trustee
and Attorney for Trustee

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-33754-ABA
Lynne M. Eggleston                                                      Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Jun 07, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2017.
db              +Lynne M. Eggleston,    840 Franklinville Road,    Mullica Hill, NJ 08062-4612

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2017 at the address(es) listed below:
              Anthony   Landolfi    on behalf of Debtor Lynne M. Eggleston anthony@landolfilaw.com,
               kathy@landolfilaw.com
              Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Erin   Darden    on behalf of Creditor    UNITED STATES OF AMERICA erin.darden@usdoj.gov
              Heather Lynn   Anderson    on behalf of Creditor    State Of New Jersey Division Of Taxation
               heather.anderson@law.dol.lps.state.nj.us
              Isabel   Balboa    ecfmail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joseph   Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8