UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on June 16, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Joseph D. Marchand, Esquire
Chapter 7 Bankruptcy Trustee
117-119 West Broad Street
PO Box 298
Bridgeton, NJ 08302
(856) 451-7600
JM5998

In Re:

Lynne M. Eggleston,

Debtor(s).

In Proceeding Under:
Chapter 7
Case No. 16-33754/ABA

## CONSENT ORDER

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**:

**DATED: June 16, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor(s): Lynne M. Eggleston (Page 2)
Case No: 16-33754/ABA

This matter having come before the Court as a Consent Order executed by the petitioner's Attorney, as well as the Chapter 7 Trustee in the above captioned bankruptcy. As the parties having conferred regarding the Petition filed as a Chapter 13 on December 13, 2016, and converted to Chapter 7 on March 22, 2017, and wherein the Trustee is requesting an Extension of Time to file an Objection to Discharge, and the Court having reviewed the Consent Order and for good cause shown, it is hereby

**ORDERED THAT** the time for the Chapter 7 Trustee or the U.S. Trustee can file a Complaint Objecting to the Discharge of the petitioner, Lynne M. Eggleston, pursuant to §727 of the Bankruptcy Code is hereby extended to December 15, 2017.

I hereby consent to the terms and
and conditions stated herein.

_____
Anthony Landolfi, Esquire
Attorney for Petitioner, Lynne M. Eggleston

_____
Joseph D. Marchand, Esquire
Chapter 7 Bankruptcy Trustee