UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on June 16, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Joseph D. Marchand, Esquire
Chapter 7 Bankruptcy Trustee
117-119 West Broad Street
PO Box 298
Bridgeton, NJ 08302
(856) 451-7600
JM5998

In Re:

Lynne M. Eggleston,

Debtor(s).

In Proceeding Under:
Chapter 7
Case No. 16-33754/ABA

## CONSENT ORDER

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**:

**DATED: June 16, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor(s):   Lynne M. Eggleston                                    (Page 2)
Case No:     16-33754/ABA

This matter having come before the Court as a Consent Order executed by the petitioner's Attorney, as well as the Chapter 7 Trustee in the above captioned bankruptcy. As the parties having conferred regarding the Petition filed as a Chapter 13 on December 13, 2016, and converted to Chapter 7 on March 22, 2017, and wherein the Trustee is requesting an Extension of Time to file an Objection to Discharge, and the Court having reviewed the Consent Order and for good cause shown, it is hereby

**ORDERED THAT** the time for the Chapter 7 Trustee or the U.S. Trustee can file a Complaint Objecting to the Discharge of the petitioner, Lynne M. Eggleston, pursuant to §727 of the Bankruptcy Code is hereby extended to December 15, 2017.

I hereby consent to the terms and
and conditions stated herein.

_____
Anthony Landolfi, Esquire
Attorney for Petitioner, Lynne M. Eggleston

_____
Joseph D. Marchand, Esquire
Chapter 7 Bankruptcy Trustee

United States Bankruptcy Court
District of New Jersey

In re:  
Lynne M. Eggleston  
    Debtor

Case No. 16-33754-ABA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Jun 16, 2017  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2017.  
db          +Lynne M. Eggleston,    840 Franklinville Road,    Mullica Hill, NJ 08062-4612

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2017                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2017 at the address(es) listed below:
- Anthony Landolfi    on behalf of Debtor   Lynne M. Eggleston anthony@landolfilaw.com, kathy@landolfilaw.com
- Denise E. Carlon    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
- Erin Darden    on behalf of Creditor   UNITED STATES OF AMERICA erin.darden@usdoj.gov
- Heather Lynn Anderson    on behalf of Creditor   State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us
- Isabel Balboa     ecfmail@standingtrustee.com
- Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
- Joseph Marchand     jdmarchand@comcast.net, jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
- U.S. Trustee.     USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                       TOTAL: 8