**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
401 Market Street
Camden, NJ 08102
Telephone number: 856–361–2300

Honorable Andrew B. Altenburg Jr., U.S. Bankruptcy Judge

| **CASE NUMBER:** 16–33754–ABA | **DATE FILED::** 12/13/16 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Lynne M. Eggleston<br>aka Lynne M. Reisenweaver<br>xxx–xx–6881 | ADDRESS OF DEBTOR(S):<br><br>840 Franklinville Road<br>Mullica Hill, NJ 08062 |
| DEBTOR'S ATTORNEY:<br>Anthony Landolfi<br>Law Office of Anthony Landolfi, Esq. PC<br>295 Bridgeton Pike<br>P.O. Box 111<br>Mantua, NJ 08051<br><br>(856) 468–5900 | TRUSTEE:<br>Joseph Marchand<br>117–119 West Broad St.<br>PO Box 298<br>Bridgeton, NJ 08302<br>(856) 451–7600 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

9/18/17

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy–forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: June 20, 2017                                            FOR THE COURT
                                                                Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-33754-ABA
Lynne M. Eggleston                                                      Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin            Page 1 of 2            Date Rcvd: Jun 20, 2017
                              Form ID: noa           Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2017.
```
db           +Lynne M. Eggleston,   840 Franklinville Road,   Mullica Hill, NJ 08062-4612
516547455    +Amcol Clombia,   PO Box 21625,   Columbia, SC 29221-1625
516547456    +Amerisol,   PO Box 65018,   Baltimore, MD 21264-5018
516547457    +Ball Buckley & Seherr,   Atten: Andrew Selkow, Esq.,   1236 Brace Rd, Ste K,
               Cherry Hill, NJ 08034-3229
516832100     Laboratory Corporation of America Holdings,   P.O. Box 2240,
               Burlington, North Carolina 27216-2240
516547461    +Manny Kanos,   307 Lincoln Avenue,   Vineland, NJ 08360-9241
516547462    +Mortgage Electronic Reg. Systms, Inc,   Atten: Ras Citron, LLC,   130 Clinton Rd., 202,
               Fairfield, NJ 07004-2927
516547463    +Qual Asset Recovery,   7 Foster Avenue,   Gibbsboro, NJ 08026-1191
516547464    +Quest Diagnostics,   PO Box 7306,   Hollister, MO 65673-7306
516680677   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,   Division of Taxation,   Bankruptcy Unit,
               PO Box 245,   Trenton, NJ 08695-0245)
516547465    +South Harrison Twp. Tax Collector,   PO Box 113,   Harrisonville, NJ 08039-0113
516739318     State of New Jersey,   Division of Employer Accounts,   PO Box 379,   Trenton, NJ 08625-0379
516547466    +State of New Jersey,   Dept. of Treasury,   PO Box 302,   Trenton, NJ 08646-0302
516547467    +Thrivent Financial for Lutherans,   PO Box 8062,   Appleton, WI 54912-8062
516547468    +University of Penn New Bolton Center,   Atten: Fein Such Kahn & Shepard,
               7 Century Dr, Ste 201,   Parsippany, NJ 07054-4609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           +EDI: QJDMARCHAND.COM Jun 20 2017 22:03:00    Joseph Marchand,   117-119 West Broad St.,
               PO Box 298,   Bridgeton, NJ 08302-0228
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jun 20 2017 22:29:31    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 20 2017 22:29:27    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516832099    +E-mail/Text: bankruptcy@pepcoholdings.com Jun 20 2017 22:29:08    Atlantic City Electric,
               c/o Pepco Holdings, Inc.,   Attn: Bankruptcy Department,   5 Collins Drive - Suite 2133,
               Carneys Point, New Jersey 08069-3600
516547459    +EDI: IRS.COM Jun 20 2017 22:03:00    Internal Revenue Service,   PO Box 804527,
               Cincinnati, OH 45280-4527
516666986     EDI: BL-BECKET.COM Jun 20 2017 22:03:00    Kohl's,   c/o Becket and Lee LLP,   PO Box 3001,
               Malvern PA 19355-0701
516547460    +EDI: CBSKOHLS.COM Jun 20 2017 22:03:00    Kohls,   PO Box 3115,   Milwaukee, WI 53201-3115
516654709    +EDI: RMSC.COM Jun 20 2017 22:03:00    Synchrony Bank,   c/o of PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk, VA 23541-1021
516547469    +EDI: VERIZONEAST.COM Jun 20 2017 22:03:00    Verizon,   500 Technology Dr,
               Saint Charles, MO 63304-2225
516577080    +E-mail/Text: BANKRUPTCY@WAKEMED.ORG Jun 20 2017 22:30:44    WakeMed Health and Hospitals,
               3000 New Bern Avenue,   Raleigh, NC 27610-1231
516601422     EDI: WFFC.COM Jun 20 2017 22:03:00    Wells Fargo Bank, N.A., d/b/a WFDS,   P.O. Box 19657,
               Irvine, CA 92623-9657
516547470    +EDI: WFFC.COM Jun 20 2017 22:03:00    Wells Fargo Dealer Services,   PO Box 1697,
               Winterville, NC 28590-1697
                                                                                               TOTAL: 12
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty*         +Joseph Marchand,   117-119 West Broad St.,   PO Box 298,   Bridgeton, NJ 08302-0228
516547458   ##+Doug Eckhardt,   131 West Adams St,   Absecon, NJ 08205-4595
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Jun 20, 2017
                              Form ID: noa             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2017 at the address(es) listed below:
          Anthony   Landolfi    on behalf of Debtor Lynne M. Eggleston anthony@landolfilaw.com,
           kathy@landolfilaw.com
          Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Erin   Darden   on behalf of Creditor    UNITED STATES OF AMERICA erin.darden@usdoj.gov
          Heather Lynn  Anderson    on behalf of Creditor    State Of New Jersey Division Of Taxation
           heather.anderson@law.dol.lps.state.nj.us
          Isabel   Balboa    ecfmail@standingtrustee.com
          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Joseph   Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
           jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
          Joseph   Marchand    jdmarchand@comcast.net,   jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```