**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph D. Marchand, Esquire
117-119 West Broad Street
P.O. Box 298
Bridgeton, NJ 08302
(856) 451-7600
(JM5998) Chapter 7 Trustee

**Order Filed on June 28, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Lynne M. Eggleston

Case No.: 16-33754/ABA

Judge: Andrew B. Altenburg

Chapter: 7

Recommended Local Form: ☒ Followed ☐ Modified

# ORDER AUTHORIZING RETENTION OF ATTORNEY FOR TRUSTEE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: June 28, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

In re: Lynne M. Eggleston

Case No.: 16-33754/ABA

Applicant: Joseph D. Marchand

(check all that apply) ☒ Trustee: ☒ Chap. 7   ☐ Chap. 11   ☐ Chap. 13.

☐ Debtor: ☐ Chap. 11   ☐ Chap. 13

☐ Official Committee of _____

Name of Professional: Joseph D. Marchand, Esquire

Address of Professional: 117-119 West Broad Street

P.O. Box 298

Bridgeton, NJ 08302

☒ Attorney for (check all that apply):

☒ Trustee   ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Accountant for:

☐ Trustee   ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Other Professional:

☐ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer

☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

3

United States Bankruptcy Court
District of New Jersey

In re:  
Lynne M. Eggleston  
    Debtor

Case No. 16-33754-ABA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Jun 28, 2017  
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2017.  
db          +Lynne M. Eggleston,   840 Franklinville Road,    Mullica Hill, NJ 08062-4612

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2017 at the address(es) listed below:  
         Anthony   Landolfi    on behalf of Debtor Lynne M. Eggleston anthony@landolfilaw.com, kathy@landolfilaw.com  
         Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
         Erin   Darden    on behalf of Creditor    UNITED STATES OF AMERICA erin.darden@usdoj.gov  
         Heather Lynn   Anderson    on behalf of Creditor    State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us  
         Isabel   Balboa     ecfmail@standingtrustee.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Joseph   Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net, jmarchand@ecf.epiqsystems.com  
         Joseph   Marchand     jdmarchand@comcast.net,  jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com  
         U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                         TOTAL: 9