UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Lynne M. Eggleston

Case No.: 16-33754/ABA
Chapter: 7
Judge: ABA

## NOTICE OF PROPOSED ABANDONMENT

_____JOSEPH D. MARCHAND_____, _____TRUSTEE_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ 08101-2067 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable _____Andrew B. Altenburg, Jr._____ on _____August 29, 2017_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Real Property:
840 Franklinville Rd., Mullica Hill, NJ 08062 *
*(Debtor asserts 50% ownership interest in property)
FMV - $150,000.00 |
|---|---|

| Liens on property: | $119,153.00 - Mortgage Electronic Reg Systems |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-33754-ABA
Lynne M. Eggleston                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Jul 27, 2017
                              Form ID: pdf905         Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2017.
```
db              +Lynne M. Eggleston,    840 Franklinville Road,    Mullica Hill, NJ 08062-4612
516547455       +Amcol Clombia,    PO Box 21625,    Columbia, SC 29221-1625
516547456       +Amerisol,    PO Box 65018,    Baltimore, MD 21264-5018
516547457       +Ball Buckley & Seherr,    Atten: Andrew Selkow, Esq.,    1236 Brace Rd, Ste K,
                  Cherry Hill, NJ 08034-3229
516666986        Kohl's,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516832100        Laboratory Corporation of America Holdings,    P.O. Box 2240,
                  Burlington, North Carolina 27216-2240
516547461       +Manny Kanos,    307 Lincoln Avenue,    Vineland, NJ 08360-9241
516547462       +Mortgage Electronic Reg. Systms, Inc,    Atten: Ras Citron, LLC,    130 Clinton Rd., 202,
                  Fairfield, NJ 07004-2927
516547463       +Qual Asset Recovery,    7 Foster Avenue,    Gibbsboro, NJ 08026-1191
516547464       +Quest Diagnostics,    PO Box 7306,    Hollister, MO 65673-7306
516680677      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
                  PO Box 245,    Trenton, NJ 08695-0245)
516547465       +South Harrison Twp. Tax Collector,    PO Box 113,    Harrisonville, NJ 08039-0113
516739318        State of New Jersey,    Division of Employer Accounts,    PO Box 379,    Trenton, NJ 08625-0379
516547466       +State of New Jersey,    Dept. of Treasury,    PO Box 302,    Trenton, NJ 08646-0302
516547467       +Thrivent Financial for Lutherans,    PO Box 8062,    Appleton, WI 54912-8062
516547468       +University of Penn New Bolton Center,    Atten: Fein Such Kahn & Shepard,
                  7 Century Dr, Ste 201,    Parsippany, NJ 07054-4609
516547469       +Verizon,    500 Technology Dr,    Saint Charles, MO 63304-2225
516601422        Wells Fargo Bank, N.A., d/b/a WFDS,    P.O. Box 19657,    Irvine, CA 92623-9657
516547470       +Wells Fargo Dealer Services,    PO Box 1697,    Winterville, NC 28590-1697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             +E-mail/Text: jdmarchand@comcast.net Jul 27 2017 23:31:35      Joseph Marchand, Esq.,
                  117-119 West Broad Street,    PO Box 298,    Bridgeton, NJ 08302-0228
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 27 2017 23:31:00      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 27 2017 23:30:58      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516832099       +E-mail/Text: bankruptcy@pepcoholdings.com Jul 27 2017 23:30:43      Atlantic City Electric,
                  c/o Pepco Holdings, Inc.,    Attn: Bankruptcy Department,    5 Collins Drive - Suite 2133,
                  Carneys Point, New Jersey 08069-3600
516547459       +E-mail/Text: cio.bncmail@irs.gov Jul 27 2017 23:30:37      Internal Revenue Service,
                  PO Box 804527,    Cincinnati, OH 45280-4527
516547460       +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 27 2017 23:30:31      Kohls,    PO Box 3115,
                  Milwaukee, WI 53201-3115
516654709       +E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2017 23:38:32      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516577080       +E-mail/Text: BANKRUPTCY@WAKEMED.ORG Jul 27 2017 23:31:42      WakeMed Health and Hospitals,
                  3000 New Bern Avenue,    Raleigh, NC 27610-1231
                                                                                              TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516547458      ##+Doug Eckhardt,    131 West Adams St,    Absecon, NJ 08205-4595
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-1          User: admin                 Page 2 of 2              Date Rcvd: Jul 27, 2017
                              Form ID: pdf905             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2017 at the address(es) listed below:
          Anthony   Landolfi    on behalf of Debtor Lynne M. Eggleston anthony@landolfilaw.com,
           kathy@landolfilaw.com
          Denise E. Carlon    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Erin   Darden    on behalf of Creditor   UNITED STATES OF AMERICA erin.darden@usdoj.gov
          Heather Lynn   Anderson    on behalf of Creditor    State Of New Jersey Division Of Taxation
           heather.anderson@law.dol.lps.state.nj.us
          Isabel   Balboa    ecfmail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Joseph   Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
           jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
          Joseph   Marchand    jdmarchand@comcast.net,   jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```