**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph D. Marchand, Esquire, Trustee
117-119 West Broad Street
P.O. Box 298
Bridgeton, NJ 08302
(856) 451-7600
(JM5998) Attorney for Chapter 7 Trustee

Order Filed on August 3, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Lynne M. Eggleston

Case No.: __16-33754/ABA__

Judge: __Andrew B. Altenburg__

Chapter: __7__

Recommended Local Form:  ☒ Followed    ☐ Modified

# ORDER AUTHORIZING
## RETENTION OF __REAL ESTATE BROKER__

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: August 3, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

In re:        Lynne M. Eggleston

Case No.:    16-33754/ABA

Applicant:   Joseph D. Marchand

(check all that apply)  ☒ Trustee:  ☒ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

☐ Debtor:  ☐ Chap. 11    ☐ Chap. 13

☐ Official Committee of _____

Name of Professional:    Weichert Realtors-Medford

Address of Professional:  107 Taunton Road

Medford, NJ 08055

☐ Attorney for (check all that apply):
- ☐ Trustee    ☐ Debtor-in-Possession
- ☐ Official Committee of _____

☐ Accountant for:
- ☐ Trustee    ☐ Debtor-in-Possession
- ☐ Official Committee of _____

☒ Other Professional:
- ☒ Realtor    ☐ Appraiser    ☐ Special Counsel    ☐ Auctioneer
- ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*