**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph D. Marchand, Esquire, Trustee
117-119 West Broad Street
P.O. Box 298
Bridgeton, NJ 08302
(856) 451-7600
(JM5998) Attorney for Chapter 7 Trustee

**Order Filed on August 3, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Lynne M. Eggleston

Case No.: 16-33754/ABA

Judge: Andrew B. Altenburg

Chapter: 7

Recommended Local Form:   ☒ Followed   ☐ Modified

**ORDER AUTHORIZING
RETENTION OF** REAL ESTATE BROKER

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: August 3, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

In re: Lynne M. Eggleston

Case No.: 16-33754/ABA

Applicant: Joseph D. Marchand

(check all that apply) ☒ Trustee: ☒ Chap. 7 ☐ Chap. 11 ☐ Chap. 13.

☐ Debtor: ☐ Chap. 11 ☐ Chap. 13

☐ Official Committee of _____

Name of Professional: Weichert Realtors-Medford

Address of Professional: 107 Taunton Road

Medford, NJ 08055

☐ Attorney for (check all that apply):
- ☐ Trustee ☐ Debtor-in-Possession
- ☐ Official Committee of _____

☐ Accountant for:
- ☐ Trustee ☐ Debtor-in-Possession
- ☐ Official Committee of _____

☒ Other Professional:
- ☒ Realtor ☐ Appraiser ☐ Special Counsel ☐ Auctioneer
- ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

3

United States Bankruptcy Court
District of New Jersey

In re:  
Lynne M. Eggleston  
    Debtor

Case No. 16-33754-ABA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Aug 03, 2017  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2017.  
db          +Lynne M. Eggleston,    840 Franklinville Road,    Mullica Hill, NJ 08062-4612

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2017                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2017 at the address(es) listed below:

       Anthony   Landolfi    on behalf of Debtor Lynne M. Eggleston anthony@landolfilaw.com,
        kathy@landolfilaw.com  
       Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
        Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
        dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
       Erin   Darden    on behalf of Creditor    UNITED STATES OF AMERICA erin.darden@usdoj.gov  
       Heather Lynn   Anderson    on behalf of Creditor    State Of New Jersey Division Of Taxation
        heather.anderson@law.dol.lps.state.nj.us  
       Isabel   Balboa    ecfmail@standingtrustee.com  
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
        summarymail@standingtrustee.com  
       Joseph   Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
        jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com  
       Joseph   Marchand    jdmarchand@comcast.net,  jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com  
       U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                    TOTAL: 9