UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c**

Anthony Landolfi, Esquire
295 Bridgeton Pike
PO Box 111
Mantua, NJ 0851
(856) 468-5900
Attorney for Debtor

IN RE:

LYNNE M. EGGLESTON,
                    Debtor.

Case No.:  16-33754

Judge:  Andrew B. Altenburg

Chapter:  7

# CHAPTER 7 DEBTOR'S CERTIFICATION IN OPPOSITION
# TO CREDITOR'S MOTION OR CERTIFICATION OF DEFAULT

The debtor in the above-captioned chapter 7 proceeding hereby objects to the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by creditor Wells Fargo Dealer Services

    A hearing has been scheduled for  September 26, 2017 / 10:00 A.M.

    OR

2. ☐ Certification of Default filed by creditor, _____.
    I am requesting a hearing be scheduled on this matter.

I am objecting to the above for the following reasons **(choose one)**:

☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached hereto.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**: Debtor's missed payments were due to income decrease in business over several months. I will have $1,992.85 to cure arrears within one week.

☐ Other **(explain your answer):**_____
_____
_____

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify the above facts to be true. I am aware that if the above facts are willfully false, I am subject to punishment.

Date: September 11, 2017                           /s/ *Lynne M. Eggleston*
                                                                      Debtor's Signature

**NOTE:** Pursuant to the Court's General Orders entered on January 4th, 2005, this form must be filed with the Court and served upon the creditor and the Standing Chapter 13 Trustee, **at least seven (7) days before the return date, pursuant to *DNJ LBR 9013-1(d), Motion Practice*,** if filed in opposition to a *Motion for Relief from the Automatic Stay*; **and within 10 days of the filing of a** *Creditor's Certification of Default* **under an** *Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions*. **Absent the filing of this mandatory new form, the creditor's stay relief motion will be deemed uncontested, and the creditor's appearance at the hearing will** *not* **berequired.**

*1/3/05/jml*