UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on January 12, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Lynne M. Eggleston

Case No.:       16-33754

Hearing Date:       

Judge:       Altenburg

Chapter:       7

## ORDER VACATING FINAL DECREE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 12, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

      The Court having determined that the final decree was entered prematurely in this case on _____1/10/2018_____ and should be vacated for the reason stated below:

- ❏ Debtor has not yet been discharged
- ❏ Adversary Proceeding number _____ is pending
- ☑ Other: _Entered in Error_____
  _____
  _____

      IT IS ORDERED that said final decree is vacated.

*Rev. 7/1/04; jml*