UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on January 12, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Lynne M. Eggleston

| | |
|---|---|
| Case No.: | 16-33754 |
| Hearing Date: | |
| Judge: | Altenburg |
| Chapter: | 7 |

# ORDER VACATING FINAL DECREE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 12, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having determined that the final decree was entered prematurely in this case on _____1/10/2018_____ and should be vacated for the reason stated below:

- ❏ Debtor has not yet been discharged
- ❏ Adversary Proceeding number _____ is pending
- ☑ Other: __Entered in Error_____
  _____
  _____

IT IS ORDERED that said final decree is vacated.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:
Lynne M. Eggleston
    Debtor

Case No. 16-33754-ABA
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Jan 12, 2018
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2018.
db          #+Lynne M. Eggleston,    840 Franklinville Road,    Mullica Hill, NJ 08062-4612

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2018          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2018 at the address(es) listed below:
         Anthony   Landolfi    on behalf of Debtor Lynne M. Eggleston anthony@landolfilaw.com,
          kathy@landolfilaw.com
         Denise E. Carlon    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
         Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Erin   Darden    on behalf of Creditor   United States of America erin.darden@usdoj.gov
         Heather Lynn   Anderson    on behalf of Creditor   State Of New Jersey Division Of Taxation
         heather.anderson@law.dol.lps.state.nj.us
         Isabel   Balboa    ecfmail@standingtrustee.com
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
         summarymail@standingtrustee.com
         John R. Morton, Jr.    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
         Services ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
         Joseph   Marchand    on behalf of Plaintiff Joseph D. Marchand jdmarchand@comcast.net,
         jmarchand@comcast.net
         Joseph   Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
         jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
         Joseph   Marchand    jdmarchand@comcast.net,   jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                               TOTAL: 11