UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph D. Marchand, Esquire, Trustee
117-119 West Broad Street
P.O. Box 298
Bridgeton, NJ 08302
(856) 451-7600
(JM5998) Attorney for Chapter 7 Trustee

**Order Filed on March 22, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Lynne Eggleston

Case No.: ___16-33754/ABA___

Judge: ___Andrew B. Altenburg___

Chapter: ___7___

Recommended Local Form:   ☒ Followed   ☐ Modified

# ORDER AUTHORIZING
## RETENTION OF ___ACCOUNTANT FOR TRUSTEE___

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: March 22, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| | | |
|---|---|---|
| In re: | Lynne Eggleston | |
| Case No.: | 16-33754/ABA | |
| Applicant: | Joseph D. Marchand | |

(check all that apply)  ☒ Trustee:  ☒ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

☐ Debtor:  ☐ Chap. 11    ☐ Chap. 13

☐ Official Committee of _____

Name of Professional:    Giuliano, Miller & Company, LLC

Address of Professional:    Berlin Business Park
140 Bradford Drive
West Berlin, NJ 08091

☐ Attorney for (check all that apply):
  ☐ Trustee    ☐ Debtor-in-Possession
  ☐ Official Committee of _____

☒ Accountant for:
  ☒ Trustee    ☐ Debtor-in-Possession
  ☐ Official Committee of _____

☐ Other Professional:
  ☐ Realtor    ☐ Appraiser    ☐ Special Counsel    ☐ Auctioneer
  ☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*