**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph D. Marchand, Esquire, Trustee
117-119 West Broad Street
P.O. Box 298
Bridgeton, NJ 08302
(856) 451-7600
(JM5998) Attorney for Chapter 7 Trustee

In Re:

Lynne Eggleston

**Order Filed on March 22, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| Case No.: | 16-33754/ABA |
| Judge: | Andrew B. Altenburg |
| Chapter: | 7 |

Recommended Local Form:  ☒ Followed   ☐ Modified

# ORDER AUTHORIZING
## RETENTION OF   ACCOUNTANT FOR TRUSTEE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: March 22, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

In re:     Lynne Eggleston

Case No.:     16-33754/ABA

Applicant:     Joseph D. Marchand

(check all that apply) ☒ Trustee:    ☒ Chap. 7     ☐ Chap. 11     ☐ Chap. 13.

                  ☐ Debtor:    ☐ Chap. 11     ☐ Chap. 13

                  ☐ Official Committee of _____

Name of Professional:     Giuliano, Miller & Company, LLC

Address of Professional:     Berlin Business Park

                              140 Bradford Drive

                              West Berlin, NJ 08091

☐ Attorney for (check all that apply):

     ☐ Trustee    ☐ Debtor-in-Possession

     ☐ Official Committee of _____

☒ Accountant for:

     ☒ Trustee    ☐ Debtor-in-Possession

     ☐ Official Committee of _____

☐ Other Professional:

     ☐ Realtor    ☐ Appraiser    ☐ Special Counsel    ☐ Auctioneer

     ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.     The applicant is authorized to retain the above party in the professional capacity noted.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

3

United States Bankruptcy Court
District of New Jersey

In re:                                                             Case No. 16-33754-ABA
Lynne M. Eggleston                                                 Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin            Page 1 of 1           Date Rcvd: Mar 22, 2018
                        Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2018.
db             +Lynne M. Eggleston,    44 Main Street,    Swedesboro, NJ 08085-3064

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2018 at the address(es) listed below:
              Anthony   Landolfi    on behalf of Debtor Lynne M. Eggleston anthony@landolfilaw.com,
               kathy@landolfilaw.com
              Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Erin   Darden    on behalf of Creditor    United States of America erin.darden@usdoj.gov
              Heather Lynn  Anderson    on behalf of Creditor    State Of New Jersey Division Of Taxation
               heather.anderson@law.dol.lps.state.nj.us
              Isabel   Balboa    ecfmail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Joseph   Marchand    on behalf of Plaintiff Joseph D. Marchand jdmarchand@comcast.net,
               jmarchand@comcast.net
              Joseph   Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
               jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Joseph   Marchand    jdmarchand@comcast.net,   jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 11