UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Lynne M. Eggleston

Case No.: __16-33754/ABA__

Chapter: __7__

Judge: __ABA__

## NOTICE OF PROPOSED ABANDONMENT

____JOSEPH D. MARCHAND____, ____TRUSTEE____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk of the United States Bankruptcy Court |
| --- | --- |
| | U.S. Post Office & Court House |
| | PO Box 2067, 401 Market Street |
| | Camden, NJ  08101-2067 |

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __May 15, 2018__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Real Property: |
| --- | --- |
| | 834 Franklinville Road* |
| | Mullica Hill, NJ (Farmland) |
| | FMV - $150,000.00 |
| | Debtor only has a 50% interest in the Property |

| Liens on property: | Real Estate Taxes - $26,317.29 |
| --- | --- |
| | Internal Revenue Service - $68,662.26 |
| | State of NJ, Division of Taxation - $115,560.81 |
| | State of NJ, ER Accts - $9,592.74 |

Amount of equity claimed as exempt: $12,860.00

Objections must be served on, and requests for additional information directed to:

Name:    /s/ Joseph D. Marchand, Chapter 7 Trustee

Address:    117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302

Telephone No.:    (856) 451-7600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Lynne M. Eggleston
      Debtor

Case No. 16-33754-ABA
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2    Date Rcvd: Apr 16, 2018
                   Form ID: pdf905    Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2018.

```
db              +Lynne M. Eggleston,    44 Main Street,    Swedesboro, NJ 08085-3064
acc             +Giuliano Miller & Co LLC,    Berlin Business Park,    140 Bradford Ave.,
                  West Berlin, NJ 08091-9216
acc             +Giuliano,Miller & Company,LLCLLC,    Berlin Business Park,    140 Bradford Drive,
                  West Berlin, NJ 08091-9216
r               +Weichert Realtors,    107 Taunton Blvd.,    Medford, NJ 08055-3475
cr              +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,    1451 Thomas Langston Rd.,
                  Winterville, NC 28590-8872
516547455       +Amcol Clombia,    PO Box 21625,    Columbia, SC 29221-1625
516547456       +Amerisol,    PO Box 65018,    Baltimore, MD 21264-5018
516547457       +Ball Buckley & Seherr,    Atten: Andrew Selkow, Esq.,    1236 Brace Rd, Ste K,
                  Cherry Hill, NJ 08034-3229
516547458       +Doug Eckhardt,    131 West Adams St,    Absecon, NJ 08205-4595
516666986        Kohl's,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516832100        Laboratory Corporation of America Holdings,    P.O. Box 2240,
                  Burlington, North Carolina 27216-2240
516547461       +Manny Kanos,    307 Lincoln Avenue,    Vineland, NJ 08360-9241
516547462       +Mortgage Electronic Reg. Systms, Inc,    Atten: Ras Citron, LLC,    130 Clinton Rd., 202,
                  Fairfield, NJ 07004-2927
516547463       +Qual Asset Recovery,    7 Foster Avenue,    Gibbsboro, NJ 08026-1191
516547464       +Quest Diagnostics,    PO Box 7306,    Hollister, MO 65673-7306
516680677      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
                  PO Box 245,    Trenton, NJ 08695-0245)
516547465       +South Harrison Twp. Tax Collector,    PO Box 113,    Harrisonville, NJ 08039-0113
516739318        State of New Jersey,    Division of Employer Accounts,    PO Box 379,    Trenton, NJ  08625-0379
516547466       +State of New Jersey,    Dept. of Treasury,    PO Box 302,    Trenton, NJ 08646-0302
516547467       +Thrivent Financial for Lutherans,    PO Box 8062,    Appleton, WI 54912-8062
516547468       +University of Penn New Bolton Center,    Atten: Fein Such Kahn & Shepard,
                  7 Century Dr, Ste 201,    Parsippany, NJ 07054-4609
516547469       +Verizon,    500 Technology Dr,    Saint Charles, MO 63304-2225
516601422        Wells Fargo Bank, N.A., d/b/a WFDS,    P.O. Box 19657,    Irvine, CA 92623-9657
516547470       +Wells Fargo Dealer Services,    PO Box 1697,    Winterville, NC 28590-1697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty             +E-mail/Text: jdmarchand@comcast.net Apr 16 2018 23:11:47      Joseph Marchand, Esq.,
                  117-119 West Broad Street,    PO Box 298,    Bridgeton, NJ 08302-0228
smg              E-mail/Text: usanj.njbankr@usdoj.gov Apr 16 2018 23:11:04      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 16 2018 23:11:02      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516832099       +E-mail/Text: bankruptcy@pepcoholdings.com Apr 16 2018 23:10:48      Atlantic City Electric,
                  c/o Pepco Holdings, Inc.,    Attn: Bankruptcy Department,    5 Collins Drive - Suite 2133,
                  Carneys Point, New Jersey 08069-3600
516547459       +E-mail/Text: cio.bncmail@irs.gov Apr 16 2018 23:10:42      Internal Revenue Service,
                  PO Box 804527,    Cincinnati, OH 45280-4527
516547460       +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 16 2018 23:10:32      Kohls,    PO Box 3115,
                  Milwaukee, WI 53201-3115
516654709       +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2018 23:13:35      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516547469       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 16 2018 23:10:22
                  Verizon,    500 Technology Dr,    Saint Charles, MO 63304-2225
516577080       +E-mail/Text: BANKRUPTCY@WAKEMED.ORG Apr 16 2018 23:11:54      WakeMed Health and Hospitals,
                  3000 New Bern Avenue,    Raleigh, NC 27610-1231
                                                                                               TOTAL: 9
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2             Date Rcvd: Apr 16, 2018
                              Form ID: pdf905          Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2018 at the address(es) listed below:
          Anthony   Landolfi    on behalf of Debtor Lynne M. Eggleston anthony@landolfilaw.com,
           kathy@landolfilaw.com
          Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Erin   Darden    on behalf of Creditor    United States of America erin.darden@usdoj.gov
          Heather Lynn   Anderson    on behalf of Creditor    State Of New Jersey Division Of Taxation
           heather.anderson@law.dol.lps.state.nj.us
          Isabel   Balboa     ecfmail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
           Services ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          Joseph   Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
           jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
          Joseph   Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
          Joseph   Marchand    on behalf of Plaintiff Joseph D. Marchand jdmarchand@comcast.net,
           jmarchand@comcast.net
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 11
```