Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                              Case No.:  16−33754−ABA
                              Chapter:  7
                              Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lynne M. Eggleston
   aka Lynne M. Reisenweaver
   44 Main Street
   Swedesboro, NJ 08085

Social Security No.:
   xxx−xx−6881

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Joseph Marchand is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 12, 2018</u>                  <u>Andrew B. Altenburg Jr.</u>
                                          Judge, United States Bankruptcy Court